

# United States District Court
# Eastern District of California



**FILED**

APR 0 8 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

---

| Terri Little |
|---|

Plaintiff(s)

V.

| NatureStar North America, LLC; Target Corp. |
|---|

Defendant(s)

Case Number: | 1:22-cv-00232-JLT-EPG |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Anelisa Benavides _____hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
NatureStar North America, LLC and Target Corporation
_____

On _____11/06/2014_____ (date), I was admitted to practice and presently in good standing in the
_____The Supreme Court of Texas_____ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have /✓ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date:_____04/06/2022_____        Signature of Applicant: /s/ _Anelisa Benavides_____

---

**Pro Hac Vice Attorney**

Applicant's Name:             Anelisa Benavides

Law Firm Name:                Spencer Fane LLP

Address:                      2415 E. Camelback Road, Suite 600

City: Phoenix          State: AZ   Zip: 85016

Phone Number w/Area Code: (602) 333-5464

City and State of Residence: Scottsdale, Arizona

Primary E-mail Address:       abenavides@spencerfane.com

Secondary E-mail Address:     abenavides@spencerfane.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:         Mary E. Bacon

Law Firm Name:                Spencer Fane LLP

Address:                      300 South Fourth Street, Suite 950

City: Las Vegas          State: NV   Zip: 89101

Phone Number w/Area Code: (702) 408-3411        Bar # 283369

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/8/22

JUDGE, U.S. DISTRICT COURT