1  Sean M. Whyte *(Pro Hac Vice)*
2  Anelisa Benavides *(Pro Hac Vice)*
   Mary Bacon, CASB No. 283369
3  SPENCER FANE LLP
   2415 East Camelback Road, Suite 600
4  Phoenix, AZ 85016
   Telephone:  (602) 333-5430
5
6  *Counsel for Defendants NatureStar North*
   *America, LLC and Target Corporation*
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  | TERRI LITTLE, an individual | Case No.  1:22-CV-00232-JLT-EPG |
12  |                             |                                |
    | Plaintiff,                  | **DEFENDANTS' AMENDED NOTICE OF** |
13  |                             | **MOTION TO DISMISS PLAINTIFF'S CLASS** |
    | v.                          | **ACTION COMPLAINT**           |
14  |                             |                                |
    | NATURESTAR NORTH AMERICA,   |                                |
15  | LLC, a Minnesota Limited Liability | Date: May 19, 2022       |
    | Company; TARGET CORPORATION, a | Time: 9:00 a.m.             |
16  | Minnesota Corporation       | Location: Courtroom 4, 7TH Floor |
    |                             |                                |
17  | Defendants.                 |                                |

18

19

20

21

22

23

24

25

26

27

28

                DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS - 1

1

**AMENDED NOTICE OF MOTION**

2

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3

PLEASE TAKE NOTICE that on May 19, 2022 at 9:00 a.m., or as soon thereafter as

4

counsel's Motion may be considered in Courtroom 4, located on the seventh floor of the United

5

States Courthouse, 2500 Tulare Street, Fresno, CA 93721, before the Honorable Jennifer L.

6

Thurston, Defendants NatureStar North America, LLC ("NatureStar") and Target Corporation

7

("Target") (hereinafter referred to collectively as "Defendants") move this Court for its order

8

granting Defendants' Motion to Dismiss Plaintiff's Class Action Complaint pursuant to Fed. R.

9

Civ. P. 8(a), 9(b), 12(b)(1), and 12(b)(6).  In support of their Motion, Defendants state that Plaintiff

10

has not pled and cannot plead facts sufficient to establish her claims against Defendants.

11

Furthermore, Plaintiff has alleged claims for which she lacks standing under Article III or are not

12

ripe under Article III.

13

This Motion is based upon the previously filed Memorandum of Points and Authorities, the

14

pleadings and papers filed in this action, and any other matters the Court may consider at or before

15

the hearing on this Motion.

16

DATED:        April 21, 2022

17

**SPENCER FANE LLP**

18

By: */s/ Sean M. Whyte*
Sean M. Whyte *(Pro Hac Vice)*

19

Anelisa Benavides *(Pro Hac Vice)*
SPENCER FANE LLP

20

2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

21

Telephone:  (602) 333-5430

22

swhyte@spencerfane.com
abenavides@spencerfane.com

23

24

Mary Bacon, CASB No. 283369
300 South Fourth Street, Suite 950

25

Las Vegas, NV 89101
mbacon@spencerfane.com

26

27

*Counsel for Defendants NatureStar North America, LLC and Target Corporation*

28

DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS - 2