UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE,<br><br>         Plaintiff,<br><br>    v.<br><br>NATURESTAR, LLC, *et al.*,<br><br>         Defendant. | Case No.   1:22-cv-00232-JLT-EPG<br><br>ORDER FOR DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THEIR FAILURE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND FAILURE TO COMPLY WITH THE COURT'S ORDER |

Plaintiff Terri Little brings this putative class action against Defendants NatureStar North America, LLC, and Target Corporation for false and deceptive business practices.

Plaintiff filed its Second Amended Complaint on October 1, 2024. (*See* ECF No 29).

The Court held a scheduling conference in this case on November 19, 2024, which was attended by counsel for all parties. (*See* ECF No. 32). During the conference, the Court asked defense counsel about the status of Defendants' response to Plaintiff's Second Amended Complaint. (*See* ECF No 29). At the conference, defense counsel Whyte informed the Court that the response should be filed by the following day.

After Defendants' failed to file a response, the Court issued an order on December 30, 2024, directing Defendants to file a response to Plaintiff's Second Amended Complaint by no later than January 6, 2025. (ECF No. 34). No response has been filed and the deadline to do so has passed.

Additionally, Defendants have failed to comply with Federal Rule of Civil Procedure

1

15(a)(3), which provides, "Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Thus, Defendants may be subject to default.

Given these circumstances, IT IS ORDERED as follows:

Within **fourteen (14) days** of the date of service of this order, Defendants shall file a written response to show cause why sanctions should not issue for their failure to comply with Federal Rule of Civil Procedure 15(a)(3) and the Court's order on December 30, 2024. (ECF No. 34).

IT IS SO ORDERED.

Dated:   **January 7, 2025**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE