UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LITTLE<br><br>Plaintiff,<br><br>v.<br><br>NATURESTAR NORTH AMERICA, LLC, et al.,<br><br>Defendants. | Case No.   1:22-cv-00232-JLT-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 35) |

On October 1, 2024, Terri Little filed a Second Amended Complaint, naming NatureStar North America, LLC, and Target Corporation as Defendants. (ECF No. 29). Neither Defendant answered the Second Amended Complaint. On December 30, 2024, the Court ordered the Defendants to answer the complaint no later than January 6, 2025. (ECF No. 34). Neither Defendant filed an answer nor otherwise responded to the Court's January 6 order.

On January 7, 2025, the Court ordered the Defendants to show cause why sanctions should not issue for their failure to respond to Plaintiff's Second Amended Complaint and failure to comply with the Court's January 6 Order. (ECF No. 35). The Court gave the Defendants fourteen days to respond to its show cause order. (*Id.*).

On January 21, 2025, the Defendants responded to the show cause order, stating that lead counsel had recently moved and changed his email on PACER, causing him not to get notifications. (ECF No. 36 at 2). The Defendants further stated that although local counsel received the notification, she had fallen ill at the time and was unable to work. (*Id.* at 2-3).

1

Additionally, neither counselors' legal assistant calendared the deadline because local counsel's legal assistant believed lead counsel's assistant would track the deadline (such had been the case when both counsels were at the same firm and local counsel's legal assistant was unaware that lead counsel had left the firm).  (*Id.* at 3).

In light of that the Defendants' response, IT IS ORDERED that:

1. The Court's January 7, 2025, Order to Show Cause (ECF No. 35) is DISCHARGED.
2. The Defendants' deadline to respond to the Second Amended Complaint is extended through and until January 24, 2025.

IT IS SO ORDERED.

Dated:  **January 22, 2025**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE