UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LITTLE,<br><br>        Plaintiff,<br><br>        v.<br><br>NATURESTAR NORTH AMERICA LLC., a Minnesota Limited Liability Company; TARGET CORPORATION, a Minnesota Company,<br><br>        Defendants. | Case No. 1:22-cv-00232-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 46). |

On April 3, 2026, the parties filed a joint stipulation of dismissal, stating as follows:

Plaintiff TERRI LITTLE, and individual, and Defendants, NATURESTAR NORTH AMERICA, LLC, a Minnesota Limited Liability Company; and TARGET CORPORATION, a Minnesota Corporation, by and through their respective counsel of record, hereby confirm that all terms of the settlement agreement previously entered into by the parties have been satisfactorily performed.

Accordingly, the parties jointly stipulate to the dismissal of this entire action pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii). Furthermore, the parties intend that such dismissal be made with prejudice.

No party shall be considered a prevailing party in this action. All parties shall bear their own costs and fees, including attorney's fees.

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

1

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 3, 2026**         /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE